# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

CHRISTINE PORTER,

      Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                          12-cv-278-bbc

US ATTORNEY GENERAL,

      Defendant.

---

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

---

      IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

_____         _____
Peter Oppeneer, Clerk of Court                          Date
                                                        5/9/12